UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Faith S. Hochberg |
| v. | No. 09-cr-309 |
| JIMMY COOPER | ORDER FOR CONTINUANCE |

An indictment charging defendant with one count of being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g), having been filed on April 22, 2009; and defendant Jimmy Cooper having been represented by Kevin Carlucci, AFPD; and no bail having been set by the Court; and defendant and his counsel being aware that a trial must be held within 70 days of the filing of the Indictment on these charges, pursuant to Title 18, United States Code, Section 3161(b); and one continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the Government and defendant hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach a plea agreement which would thereby render trial of this matter unnecessary;

IT IS on this 22nd day of July, 2009

ORDERED that from the date this Order is entered, to and including October 5, 2009 shall be excluded in calculating

the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendant desire additional time to negotiate a plea in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Rodney Villazor
Assistant U.S. Attorney

_____
Kevin Carlucci, AFPD
Counsel for Jimmy Cooper

_____
HONORABLE FAITH S. HOCHBERG
United States District Judge